UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medina
                    Plaintiff(s)                    07 CV 3272 (RPP)
         -against-                                  SCHEDULING ORDER
City of New York
_____ Defendant(s)_____

**PATTERSON, D.J.**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by 7/16/07.

5. Rule 26 compliance by 7/18/07.

6. *Plaintiff's* Experts' reports to be served by 12/1/07.

7. Experts' depositions to be completed by 1/10/08.

8. All discovery to be completed by 1/10/08.

9. Dispositive motions by 2/1/08, Answer by _____, Reply by _____.

10. Pretrial order to be filed by 2/1/08.

11. Settlement conference with parties & counsel to be held on 9/27/07 at 4PM.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 2/19/08 at 9:30AM.

14. DEFENDANT'S EXPERTS' REPORTS BY 12/15/07

Dated: New York, New York
7/10/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.